UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................X
AHMED HEGAZY, SHRIEF SROR, RAMIZ
SHEHATTA, WALID SOLTAN, AHMED
ABOUELKHAIR, and AHMED MONEIM on
behalf of themselves and all others similarly
situated,

                         Plaintiffs,

              v.

THE HALAL GUYS, INC., ALL 53 SW INC.,
NIGHT 53 SE INC., THE HALAL GUYS
FRANCHISE INC., ALTAWHID FOOD
SUPPLY INC., AHMED ELSAKA,
ABDELBASET ELSAYED, MOHAMED
ABOUELENEIN a/k/a MOHAMMED
ABOUELENEIN, AHMED ABOUELENEIN, and
ABDULLAH ABOUELENEIN,

                         Defendants.
................................................................X

**22-cv-01880-LGS**

**NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION
OF FLSA COLLECTIVE ACTION & COURT FACILITATION OF NOTICE**

PLEASE TAKE NOTICE, that upon the Declarations of David Harrison, Esq., dated May 26, 2022, and the exhibits annexed thereto, and upon the Declarations of Plaintiffs Ahmed Hegazy, Ramiz Shehatta, Ahmed Abouelkhair, and Ahmed Abdelmoneim, and upon the accompanying Memorandum of Law, and upon all pleadings and proceedings heretofore had herein, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, will move the Court (1) to conditionally certify this action as a representative collective action pursuant to 29 U.S.C. § 216(b); (2) to facilitate notice of this collective action to full-time non-exempt food server/food vendors who were employed by Defendants to work at their food carts and/or restaurant stores in New York City at any time from February 12, 2018 to the

present ("Covered Employees"); (3) for approval of the proposed Notice of Lawsuit ("Notice") and Consent to Join Lawsuit form; (4) to order Defendants to post the Notice and a stack of Consent to Join Lawsuit Forms in locations which are easily accessible and visible to the Covered Employees at each of their New York City worksites for the duration of the opt-in period; and (5) to order Defendants to produce, within ten (10) days, a computer-readable data file containing the names, last known addresses, home and cell phone numbers, social media user names, e-mail addresses, and dates and location(s) of employment, and position(s) held, of all Covered Employees.

Pursuant to the Court's May 25, 2022 order (ECF No. 26) Defendants' response is due by June 16, 2022, and Plaintiffs' reply is June 30, 3033.

Dated: May 26, 2022                    HARRISON, HARRISON & ASSOC., LTD.

/s/ David Harrison_____
David Harrison, Esq.
Julie Salwen, Esq.
110 State Highway 35, 2nd Floor
Red Bank, NJ 07701
Telephone: 718-799-9111
Facsimile: 718-799-9171
dharrison@nynjemploymentlaw.com
jsalwen@nynjemploymentlaw.com
*Attorneys for Plaintiffs, FLSA Collective members and the proposed Class Members*

Akerman, LLP
Jeffrey A. Kimmel, Esq.
Genaira L. Tyce, Esq.
1251 Avenue of the Americas
New York, NY 10020
212.880.3800
*Attorneys for Defendants*