

Application **GRANTED**.  Subsequent deadlines shall be extended in accordance with the new deadlines proposed below.  So Ordered.

Dated: October 3, 2022
New York, New York

L‍ORNA G. S‍CHOFIELD
U‍NITED S‍TATES D‍ISTRICT J‍UDGE

Cassidy Mara

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 880 3816
DirF: 212 259 8514
cassidy.mara@akerman.com

September 30, 2022

**VIA ECF**

The Hon. Lorna G. Shofield
United States District of New York
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **Hegazy, et al. v. The Halal Guys, Inc., et al.**
                **Case No.: 1-22-cv-01880**

Dear Judge Schofield:

      This firm represents Defendants in the above-referenced matter.  We write to respectfully request a fourteen (14) day extension of time to disclose the opt-in Plaintiffs' names and contact information pursuant to your September 1, 2022 Order.  The current deadline to disclose this information is October 1, 2022; Defendants seek to extend this time to Tuesday October 14, 2022.

      Defendants have made a good faith effort to collect the information necessary to comply with your Order, however the Defendant entities changed their payroll service provider in 2020.  Despite their efforts Defendants have been unable to acquire information from their previous provider as of the date of this letter, and therefore do not have all of the information necessary to comply.

      This is Defendants' first requests for an extension of time to disclose the opt-in Plaintiffs' names and contact information.  Plaintiffs consent to this request.  As a result of this extension, the parties further request that all subsequent deadlines set forth in the Order also be extended by fourteen (14) days.  The new deadlines would be as follows:

- October 14, 2022 – Deadline for Defendants to disclose the opt-in Plaintiffs' names and contact information;
- October 28, 2022 – Deadline for Plaintiffs to publish notice;
- December 12, 2022 – Deadline for individuals to join the collective;
- December 19, 2022 – Deadline for the parties to file a proposed amended case management plan providing for discovery of opt-in.

Thank you for your consideration in this matter.

                                                             Respectfully submitted,

                                                             **AKERMAN LLP**

/s/ *Cassidy Mara*
Cassidy Mara, Esq.

CC: Jeffrey A. Kimmel, Esq. (FIRM)
Genaira L. Tyce, Esq. (FIRM)
David Harrison, Esq. (via ECF)
Julie Salwen, Esq. (via ECF)