UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AHMED HEGAZY et al.,

                              Plaintiffs,

           -v.-

THE HALAL GUYS, INC. et al.,

                              Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/3/2023__

22 Civ. 1880 (JHR)

NOTICE OF REASSIGNMENT

JENNIFER H. REARDEN, District Judge:

          This case has been reassigned to this Court.  All counsel must familiarize themselves

with the Court's Individual Rules and Practices, which are available at

https://nysd.uscourts.gov/hon-jennifer-h-rearden.  Unless and until the Court orders otherwise,

all prior orders, dates, and deadlines shall remain in effect notwithstanding the reassignment.

Any conference or oral argument before or directed by the Magistrate Judge will proceed as

ordered.  However, all previously scheduled appearances or conferences before the District

Judge are hereby adjourned pending further notice from the Court.

          If this case has been settled or otherwise terminated, counsel should ensure that a

stipulation of discontinuance, voluntary dismissal, or other appropriate proof of termination is

filed on the docket, using the proper ECF Filing Event.  *See* S.D.N.Y. Electronic Case Filing

Rules & Instructions §§ 13.17-13.18, 13.20.  Requests for extensions or adjournment of dates not

affected by this Order may be made only in accordance with the Court's Individual Rules and

Practices, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.

SO ORDERED.

Dated:  February 3, 2023
        New York, New York

JENNIFER H. REARDEN
United States District Judge