```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AHMED HEGAZY, et al.,

                Plaintiffs,

-v.-

THE HALAL GUYS, INC., et al.,

                Defendants.

---

22 Civ. 1880 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on February 22, 2023 at 11:30 A.M., to address issues relating to the depositions of "opt-in" Plaintiffs raised in Plaintiffs' February 7, 2023 letter-motion and Defendants' opposition thereto (ECF Nos. 89, 90), and the parties' joint request for an extension of the fact discovery deadline (ECF No. 86).  The parties will receive log-in credentials via email.  The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 874 230 113#.  The Clerk of Court is directed to terminate ECF No. 89.

SO ORDERED.

Dated: February 16, 2023
       New York, New York

                                                      */s/ Jennifer H. Rearden*
                                                      JENNIFER H. REARDEN
                                                      United States District Judge