

*Defendants' request on consent for an adjournment of the February 22, 2023 discovery conference, to be held via Microsoft Teams, is GRANTED. The conference shall be rescheduled for February 23, 2023 at 12:00 P.M. The parties shall refer to ECF No. 91 for information needed to access the conference.*
*SO ORDERED.*

*/s/ Jennifer H. Rearden*
*February 21, 2023*

Jeffrey Kimmel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6435
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6408

February 17, 2023

**VIA ECF**

Hon. Jennifer H. Rearden
United States District of New York
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023

Re:   **Hegazy, et al. v. The Halal Guys, Inc., et al.**
      **Case No.: 1-22-cv-01880**

Dear Judge Rearden:

This firm represents all of the Defendants in the above-referenced matter. I write to request an adjournment of the Status Conference currently scheduled for February 22, 2023 at 11:00 A.M. I will be out of town and on vacation on February 22, 2023 and, therefore, we respectfully request, subject to the Court's availability, that the conference be moved to one of the following days:

- February 23, 2023
- February 27, 2023
- February 28, 2023
- March 1, 2023

We have conferred with Plaintiffs' counsel and counsel consents to the request for adjournment, and the dates proposed herein.

This is the first request for an adjournment of this status conference. The Parties are next scheduled to appear before the Court on April 12, 2023. No deadlines will be impacted by this adjournment.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Jeffrey Kimmel*
Jeffrey Kimmel, Esq.

VIA ECF: All Counsel

akerman.com
68805937;1

1