UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED HEGAZY, et al.,

                     Plaintiffs,

-v.-

THE HALAL GUYS, INC., et al.,

                     Defendants.

22 Civ. 1880 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

By **March 7, 2023**, the parties shall file a joint letter updating the Court on the status of Defendants' production of wage and hour records, Plaintiffs' responses to Defendants' interrogatories and requests for production, and providing a proposed briefing schedule regarding Defendants' anticipated motion to compel arbitration. Also by March 7, the parties shall meet and confer regarding any objections Plaintiffs may have to Defendants' redactions of produced materials. In the joint letter, the parties shall inform the Court whether they seek the Court's guidance regarding the redacted materials and the anticipated impact that any disagreement over the redactions may have on the parties' ability to complete discovery, comply with Court deadlines, or file anticipated motions.

The March 7, 2023 collective class fact discovery deadline is adjourned *sine die* and will be reset following the Court's receipt of the parties' joint letter.

SO ORDERED.

Dated: February 24, 2023
        New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge