UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED HEGAZY, et al.,

                        Plaintiffs,

-v.-

THE HALAL GUYS, INC., et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2023

22 Civ. 1880 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court is in receipt of the parties' joint discovery status letter (ECF No. 96). By March 22 2023, the parties shall file a joint letter-motion proposing deadlines for the completion of collective class discovery, including: Defendants' production of wage and hour records (or a representation that such documents have been produced); completion of opt-in Plaintiffs' depositions; and service of Plaintiffs' responses to Defendants' discovery requests, including production of any documents. By March 24, 2023, Plaintiffs shall either move to compel the production of the redacted documents or file a letter informing the Court that they have resolved this issue with Defendants. Defendants shall file an opposition to any motion to compel by March 31, 2023. Plaintiffs shall file any reply by April 4, 2023.

    In addition, by March 31, 2023, Defendants shall either file a letter representing that they have reached an agreement with Plaintiffs regarding potential arbitration or file a motion to compel arbitration. Plaintiffs shall file an opposition to any motion to compel arbitration by April 27, 2023. Defendants shall file any reply by May 10, 2023.

SO ORDERED.

Dated: March 15, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge