USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AHMED HEGAZY, et al.,

                Plaintiff,

-against-

THE HALAL GUYS, INC., et al.,

                Defendants.

**ORDER SCHEDULING ORAL ARGUMENT**

22-1880 (JHR)(KHP)

---

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

An Oral Argument in this matter is hereby scheduled for **Tuesday, October 10, 2023 at 2:00 p.m.** in Courtroom 17D, 500 Pearl Street, New York, New York.

        SO ORDERED.

Dated:   July 18, 2023
           New York, New York

*[signature: Katharine H. Parker]*

KATHARINE H. PARKER
United States Magistrate Judge