```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED HEGAZY, et al.,

                Plaintiffs,

-against-

THE HALAL GUYS, INC., et al.,

                Defendants.

**ORDER**

22-cv-1880 (JHR)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

In connection with the Motion to Compel Arbitration at ECF No. 106, Defendants submitted the Declaration of Joanne Hochong, the Director of Human Resources for Defendants, in which Ms. Hochong declares that certain Plaintiffs signed the Arbitration Agreement "as a condition of employment with one or more Defendants." (ECF No. 108.) The Court requests clarification as to whether Defendants advised Plaintiffs verbally or in writing that signing the Arbitration Agreement was a condition of employment. By **Tuesday, October 24, 2023**, Defendant shall submit proof through competent evidence, to the extent such proof exists, that Plaintiffs were advised that signing the Arbitration Agreement was a condition of employment. To the extent Plaintiffs wish to submit competent evidence disputing that they were so advised, such proof must be submitted by **Tuesday, October 31, 2023**.

    SO ORDERED.

Dated: October 17, 2023
New York, NY

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge