UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AHMED HEGAZY, et al.,

                              Plaintiffs,                              **22-CV-1880 (LAP) (KHP)**

              -against-

                                                                **POST-CONFERENCE ORDER**

THE HALAL GUYS, INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        On April 24, 2025, the parties appeared before the undersigned for a Case Management Conference. As discussed at the Conference, the parties are directed to meet and confer regarding the possibility of settlement in this case, including whether the parties desire settlement proceedings before a private mediator or before me. The parties shall file a letter by **April 28, 2025**, updating the Court on the process they want to pursue for settlement.

        Furthermore, as discussed, discovery will be stayed for thirty (30) days (i.e., until **May 22, 2025**) to permit the parties to pursue settlement. After that, the parties shall file a status letter by **May 29, 2025**. discovery will close on **August 22, 2025**, if the matter is not settled. The Plaintiffs' Rule 23 motion will be due **June 20, 2025**. The Defendants' Response will be **July 11, 2025**. The Reply will be due **July 25, 2025**.

        **SO ORDERED.**

DATED:        New York, New York
                     April 24, 2025

                                                          */s/ Katharine H. Parker*
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge