# Harrison, Harrison & Associates, Ltd.

90 BROAD STREET, 2nd Floor
NEW YORK, NY, 10007
DIRECT DIAL (888) 239-4410
dharrison@nynjemploymentlaw.com

Address all mail to:
110 Highway 35, 2nd floor
Red Bank, NJ 07701

July 30, 2025

**VIA ECF**

Honorable Kathleen H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>*Ahmed Hegazy et. al., v. The Halal Guys, Inc.,* et al - 22-cv-1880(JHR)(KHP)</u>

Dear Judge Parker:

  As set forth in our July 23, 2025 letter, ECF No. 185, we are hereby supplementing that filing to provide the Court with the fully executed settlement agreements, which now include the Defendants' signatures.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            <u>/S/ DAVID HARRISON</u>
            David Harrison

cc: All Counsel of Record (VIA ECF)