UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AHMED HEGAZY, et al.,

                              Plaintiffs,                               **22-CV-1880 (LAP) (KHP)**

           -against-

                                                                             <u>POST-CONFERENCE ORDER</u>

THE HALAL GUYS, INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 14, 2025, the parties appeared before the undersigned for a Case Management Conference. The Court ordered the following on the record:

- By **August 21, 2025**, Defendant shall file a letter to the docket including the legal authorities which support the confidentiality provisions in the proposed settlement agreements.

- A settlement conference is hereby scheduled for **October 28, 2025, at 10:00 a.m.**, to take place in person in Courtroom 17-D at 500 Pearl Street, New York, NY 10007. The parties shall exchange demands in advance and submit settlement statements ex parte in accordance with this Court's individual practices and procedures by **October 21, 2025**.

- Plaintiffs shall serve any discovery deficiency letter on Defendants no later than **August 18, 2025.**

        **SO ORDERED.**

DATED:    New York, New York
                August 15, 2025                    KATHARINE H. PARKER
                                                         United States Magistrate Judge