UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AHMED HEGAZY, et al.,

                              Plaintiffs,                      22-CV-1880 (KHP)

         -against-

                                                     **ORDER**

THE HALAL GUYS, INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties in the above-captioned case are hereby directed to provide a status update on the formalization of the settlement into an agreement no later than November 26, 2025.

       **SO ORDERED.**

Dated: November 19, 2025
       New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge