UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED HEGAZY et. al., <br><br>                                 Plaintiffs, <br>    -against- <br><br> THE HALAL GUYS, INC., ALL 53 SW INC., NIGHT 53 SE INC., THE HALAL GUYS FRANCHISE INC., ALTAWHID FOOD SUPPLY INC., DAY 53 SE INC., ELSALAM ENTERPRISE INC., AHMED ELSAKA, ABDELBASET ELSAYED, MOHAMED ABOUELENEIN a/k/a MOHAMMED ABOUELENEIN, AHMED ABOUELENEIN, and ABDULLAH ABOUELENEIN, <br><br>                                 Defendants. | **JUDGMENT** <br><br> 22-CV-01880 |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 5, 2025; and Defendants The Halal Guys, Inc., All 53 SW Inc., Night 53 SE Inc., The Halal Guys Franchise Inc., Altawhid Food Supply Inc., Day 53 SE Inc., Elsalam Enterprise Inc., Ahmed Elsaka, Abdelbaset Elsayed, Mohamed Abouelenein, Ahmed Abouelenein, and Abdullah Abouelenein having offered to allow entry of judgment to be taken against them and in favor of Plaintiff HANY MOHAMED for the total of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which includes reimbursement of his reasonable attorneys' fees and costs incurred to the date of this offer; it is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff HANY MOHAMED and against Defendants The Halal Guys, Inc., All 53 SW Inc., Night 53 SE Inc., The Halal Guys Franchise Inc., Altawhid Food Supply Inc., Day 53 SE Inc., Elsalam Enterprise Inc., Ahmed Elsaka, Abdelbaset Elsayed, Mohamed Abouelenein, Ahmed Abouelenein, and Abdullah Abouelenein, for the total of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which includes reimbursement of his reasonable attorneys' fees and costs incurred to the date of this offer.

Dated: New York, New York                          SO ORDERED:

December _____, 2025

                                                                                 _____