**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AHMED HEGAZY, et al.,

                                        Plaintiffs,                           **22-CV-1880 (LAP) (KHP)**

                        -against-

                                                                              **ORDER**

  THE HALAL GUYS, INC., et al.,

                                        Defendants.
------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties to this action have settled this matter in full.  On December 11, 2025, the

Court approved the settlement agreement (as modified by that order) (ECF No. 230), and on

December 30, 2025, the Court signed the proposed judgments for the remaining two plaintiffs.

(ECF Nos. 235, 236.)  The Clerk is respectfully directed to terminate all open motions, if any, and

close this case.

        **SO ORDERED.**

Dated: January 2, 2026
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1